**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN WIKER, an individual, | Case No. CV 20-6599-DMG (KSx) |
|---|---|
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [16]** |
| v. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., a corporation; and DOES 1-50, Inclusive, | |
| Defendants. | |

In consideration of the Parties' Joint Stipulation Dismissing Entire Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a), and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party shall bear his/its own attorney's fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: June 15, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE